COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO. 2-06-167-CV

 

 

IN RE DAVID L. SMITH                                                            RELATOR

 

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM
OPINION[1]

                                              ------------

The
court has considered relator's petition for writ of mandamus and/or prohibition
and is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of
mandamus and/or prohibition is denied.

Relator
shall pay all costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL A: CAYCE, C.J.; LIVINGSTON and HOLMAN, JJ.

 

DELIVERED: 
May 22, 2006











    [1]See
Tex. R. App. P. 47.4.